FIRST FEDERAL SAVINGS AND LOAN ASSOCIATION OF MONT-
CLAIR, a corporation of the United States of America,
complainant-appellant,

*v.*

WILLIAM A. SHAW and EDYTHE M. SHAW, his wife,
defendants-respondents.

[Decided September 2d, 1948.]

*Messrs. Boyd, Dodd, Keer & Booth* and *Mr. Ernest F. Keer, Jr.,* for the appellant.

*Mr. Fredrick J. Waltzinger* and *Mr. Thomas J. Brogan,* for the respondents.

PER CURIAM.

The decree under appeal is reversed, for the reasons stated in the opinion filed in No. 223, October term, 1947, *56 Atl. Rep. (2d) 897.*

*For affirmance*—COLIE, WACHENFELD, EASTWOOD, WELLS, DILL, FREUND, JJ.   6.

*For reversal*—THE CHIEF-JUSTICE, BODINE, DONGES, HEHER, BURLING, JACOBS, MCLEAN, SCHETTINO, JJ.   8.